Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20−21380−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Carol Sutton
    1407 Chetwynd
    Plainfield, NJ 07060

Social Security No.:
    xxx−xx−9950

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/6/2020 and a confirmation hearing on such Plan has been scheduled for 12/3/2020 @ 8:30 a.m..

The debtor filed a Modified Plan on 12/14/2020 and a confirmation hearing on the Modified Plan is scheduled for 1/7/2021 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: December 17, 2020
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                            Case No. 20-21380-VFP

Carol Sutton                                                                                  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                                        Page 1 of 2

Date Rcvd: Dec 17, 2020                          Form ID: 186                                          Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol Sutton, 1407 Chetwynd, Plainfield, NJ 07060-3115 |
| cr | + | Aldridge Pite, LLP for Fay Servicing, LLC, 4375 Jutland Drive, Suite 200, PO BOX 17933, San Diego, CA 92177-7921 |
| cr | + | US Bank C/F Actlien Holding Inc., c/o Pellegrino & Feldstein, LLC, 290 Route 46 W, Denville, NJ 07834-1239 |
| 518981006 | + | Aa Action Collection C, 517 S Livingston Ave, Livingston, NJ 07039-4349 |
| 518981008 | | Atlantic Medical Group, PO box 419101, Boston, MA 02241-9101 |
| 518999814 | + | City of Trenton Tax Collector, P.O. Box 210, Trenton, NJ 08602-0210 |
| 519038792 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 519042854 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518981014 | + | Pressler & Pressler, attn: Ian Winograd, 7 Etin Rd, Parsippany, NJ 07054-5020 |
| 518981015 | + | Saint Barnabas Medical, 94 Old Short Hills Rd, Livingston, NJ 07039-5668 |
| 518981017 | + | Tax Collector, City of Plainfield, City Hall, 515 Watchung Ave, Plainfield, NJ 07060-1720 |
| 518981018 | + | Tax Collector- City of Trenton, City Hall, 319 E State St, Trenton, NJ 08608-1865 |
| 519023811 | | US Bank C/F Actlien Holding Inc., PO Box 237174, New York, NY 10023-0032 |
| 518981019 | | University Physician Assoc, PO Box 18181, Newark, NJ 07191-8181 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2020 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2020 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 17 2020 21:45:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO BOX 183853, Arlington, TX 76096-3853 |
| 518993738 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 17 2020 21:45:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518981007 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 17 2020 21:45:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518981009 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 17 2020 21:46:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 518981010 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2020 21:45:00 | Internal Revenue Serivce, PO Box 724, Springfield, NJ 07081-0724 |
| 518998172 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 17 2020 23:28:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518981011 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 17 2020 23:32:12 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518981012 | + | Email/Text: bnc@nordstrom.com | Dec 17 2020 21:45:24 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Dec 17, 2020                       Form ID: 186                          Total Noticed: 28

| | | | | Englewood, CO 80155-6555 |
|---|---|---|---|---|
| 518981013 | + | Email/Text: bankruptcy@onlineis.com | Dec 17 2020 21:46:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 518981016 | + | Email/Text: bankruptcy@savit.com | Dec 17 2020 21:47:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519041073 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 17 2020 23:26:24 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518981020 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 17 2020 21:44:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519017793 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2020                    Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian S Fairman | on behalf of Creditor Aldridge Pite  LLP for Fay Servicing, LLC bkecfinbox@aldridgepite.com, BSF@ecf.courtdrive.com |
| David Jerome Witherspoon | on behalf of Debtor Carol Sutton daveslaw321@gmail.com  prissycatina@yahoo.com |
| Deborah T. Feldstein | on behalf of Creditor US Bank C/F Actlien Holding Inc. dfeldstein@caplaw.net |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6