Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 20−21380−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol Sutton
   1407 Chetwynd
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−9950

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 8, 2021.

Dated: January 8, 2021
JAN: jf

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 20-21380-VFP
Carol Sutton                                                                                            Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                                      Page 1 of 2
Date Rcvd: Jan 08, 2021                     Form ID: plncf13                                 Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol Sutton, 1407 Chetwynd, Plainfield, NJ 07060-3115 |
| cr | + | Aldridge Pite, LLP for Fay Servicing, LLC, 4375 Jutland Drive, Suite 200, PO BOX 17933, San Diego, CA 92177-7921 |
| cr | + | US Bank C/F Actlien Holding Inc., c/o Pellegrino & Feldstein, LLC, 290 Route 46 W, Denville, NJ 07834-1239 |
| 518981006 | + | Aa Action Collection C, 517 S Livingston Ave, Livingston, NJ 07039-4349 |
| 518981008 | | Atlantic Medical Group, PO box 419101, Boston, MA 02241-9101 |
| 518999814 | + | City of Trenton Tax Collector, P.O. Box 210, Trenton, NJ 08602-0210 |
| 519038792 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 519042854 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518981014 | + | Pressler & Pressler, attn: Ian Winograd, 7 Etin Rd, Parsippany, NJ 07054-5020 |
| 518981015 | + | Saint Barnabas Medical, 94 Old Short Hills Rd, Livingston, NJ 07039-5668 |
| 518981017 | + | Tax Collector, City of Plainfield, City Hall, 515 Watchung Ave, Plainfield, NJ 07060-1720 |
| 518981018 | + | Tax Collector- City of Trenton, City Hall, 319 E State St, Trenton, NJ 08608-1865 |
| 519023811 | | US Bank C/F Actlien Holding Inc., PO Box 237174, New York, NY 10023-0032 |
| 518981019 | | University Physician Assoc, PO Box 18181, Newark, NJ 07191-8181 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 08 2021 22:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 08 2021 22:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 08 2021 22:29:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO BOX 183853, Arlington, TX 76096-3853 |
| 518993738 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 08 2021 22:29:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518981007 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 08 2021 22:29:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518981009 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Jan 08 2021 22:31:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 518981010 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 08 2021 22:29:00 | Internal Revenue Serivce, PO Box 724, Springfield, NJ 07081-0724 |
| 518998172 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 08 2021 22:16:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518981011 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 08 2021 22:16:20 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518981012 | + | Email/Text: bnc@nordstrom.com | Jan 08 2021 22:29:48 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, |

Case 20-21380-VFP    Doc 30    Filed 01/10/21    Entered 01/11/21 00:20:03    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 08, 2021 | Form ID: plncf13 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | Englewood, CO 80155-6555 |
| 518981013 | + | Email/Text: bankruptcy@onlineis.com | Jan 08 2021 22:31:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 518981016 | + | Email/Text: bankruptcy@savit.com | Jan 08 2021 22:32:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519041073 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 08 2021 22:17:14 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518981020 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 08 2021 22:28:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519017793 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian S Fairman | on behalf of Creditor Aldridge Pite  LLP for Fay Servicing, LLC bkecfinbox@aldridgepite.com, BSF@ecf.courtdrive.com |
| David Jerome Witherspoon | on behalf of Debtor Carol Sutton daveslaw321@gmail.com  prissycatina@yahoo.com |
| Deborah T. Feldstein | on behalf of Creditor US Bank C/F Actlien Holding Inc. dfeldstein@caplaw.net |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6