David Witherspoon, Esq.
Attorney At Law
502 Bay Blvd
Seaside Heights, NJ 08751
732-250-2581

United States Bankruptcy Court

District of New Jersey

In Re:      Carol Sutton

                                                  }      Case No 20-21380

       Debtors                           }      Adv.:
                                                  }      Chapter 13

_____

Engagement Letter

I David Witherspoon, attorney for the debtor having full knowledge of the facts of this chapter 13 hereby certify:

1. I just spoke to Sandra in the City of Plainfield Tax Collectors office.

2. Sandra stated that for block 809; lot 26 1407 Chetwynd Ave the quarterly taxes were paid form November 2020 thru August 2021.

3. Only the current 4th quarter taxes are due.

  /s/ David Witherspoon

    David Witherspoon November 15, 2021