| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>52601<br>Morton & Craig LLC<br>John R. Morton, Jr., Esq.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>856-866-0100<br>Attorneys for AmeriCredit Financial Services, Inc., d/b/a GM Financial | Order Filed on November 30, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CAROL SUTTON | Case No.: 20-21380<br><br>Adv. No.:<br><br>Hearing Date: 7-1-21<br><br>Judge:  VFP |

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 30, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Carol Sutton**
**20-21380(VFP)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc., d/b/a GM Financial, with the appearance of David Witherspoon, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That AmeriCredit Financial Services, Inc., d/b/a GM Financial is the holder of a first purchase money security interest encumbering a 2015 CADILLAC SRX bearing serial number 3GYFNEE31FS514818 (hereinafter the"vehicle").

2. The debtor shall make all contractual payments when due, being the 18th day of each month. If the debtor fails to make that payment for a period of 30 days after it falls due, AmeriCredit Financial Services, Inc., d/b/a GM Financial shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. AmeriCredit Financial Services, Inc., d/b/a GM Financial shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, AmeriCredit Financial Services, Inc., d/b/a GM Financial shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

4. The debtor shall pay to AmeriCredit Financial Services, Inc., d/b/a GM Financial through the plan, a counsel fee of $538 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-21380-VFP |
| Carol Sutton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 30, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

**Recip ID        Recipient Name and Address**
db              + Carol Sutton, 1407 Chetwynd, Plainfield, NJ 07060-3115

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

**Name**                **Email Address**

Brian S Fairman
                        on behalf of Creditor Aldridge Pite  LLP for Fay Servicing, LLC bkecfinbox@aldridgepite.com, BSF@ecf.courtdrive.com

David Jerome Witherspoon
                        on behalf of Debtor Carol Sutton daveslaw321@gmail.com prissycatina@yahoo.com

Deborah T. Feldstein
                        on behalf of Creditor US Bank C/F Actlien Holding Inc. dfeldstein@caplaw.net

Denise E. Carlon
                        on behalf of Creditor Community Loan Servicing's dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
                        on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Francis J. Ballak

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 30, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor City of Plainfield francis@gmslaw.com

John R. Morton, Jr.

on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

John R. Morton, Jr.

on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Marie-Ann Greenberg

magecf@magtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10