Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  20−21380−VFP
          Chapter:  13
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol Sutton
   1407 Chetwynd
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−9950

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 6, 2021.

Dated: December 6, 2021
JAN: mcp

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-21380-VFP
Carol Sutton                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Dec 06, 2021      Form ID: plncf13      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol Sutton, 1407 Chetwynd, Plainfield, NJ 07060-3115 |
| cr | + | Aldridge Pite, LLP for Fay Servicing, LLC, 4375 Jutland Drive, Suite 200, PO BOX 17933, San Diego, CA 92177-7921 |
| cr | + | City of Plainfield, c/o Peggy Page-Brown, Office of Corp Cou, 515 Watchung Avenue, Plainfield, NJ 07060-1798 |
| cr | + | US Bank C/F Actlien Holding Inc., c/o Pellegrino & Feldstein, LLC, 290 Route 46 W, Denville, NJ 07834-1239 |
| 518981006 | + | Aa Action Collection C, 517 S Livingston Ave, Livingston, NJ 07039-4349 |
| 518981008 | | Atlantic Medical Group, PO box 419101, Boston, MA 02241-9101 |
| 518999814 | + | City of Trenton Tax Collector, P.O. Box 210, Trenton, NJ 08602-0210 |
| 519042854 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518981015 | + | Saint Barnabas Medical, 94 Old Short Hills Rd, Livingston, NJ 07039-5668 |
| 518981017 | + | Tax Collector, City of Plainfield, City Hall, 515 Watchung Ave, Plainfield, NJ 07060-1720 |
| 518981018 | + | Tax Collector- City of Trenton, City Hall, 319 E State St, Trenton, NJ 08608-1865 |
| 519023811 | | US Bank C/F Actlien Holding Inc., PO Box 237174, New York, NY 10023-0032 |
| 518981019 | | University Physician Assoc, PO Box 18181, Newark, NJ 07191-8181 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 06 2021 20:35:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO BOX 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 06 2021 20:35:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518993738 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 06 2021 20:35:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518981007 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 06 2021 20:35:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518981009 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 06 2021 20:35:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519038792 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 06 2021 20:35:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 518981010 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 06 2021 20:35:00 | Internal Revenue Serivce, PO Box 724, Springfield, NJ 07081-0724 |
| 518998172 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

Case 20-21380-VFP    Doc 72    Filed 12/08/21    Entered 12/09/21 00:14:35    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2021 | Form ID: plncf13 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518981011 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 06 2021 20:49:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518981012 | + | Email/Text: bnc@nordstrom.com | Dec 06 2021 20:49:19 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518981013 | + | Email/Text: bankruptcy@onlineis.com | Dec 06 2021 20:35:23 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518981014 | | Email/Text: signed.order@pfwattorneys.com | Dec 06 2021 20:36:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 518981016 | + | Email/Text: bankruptcy@savit.com | Dec 06 2021 20:35:00 | Pressler & Pressler, attn: Ian Winograd, 7 Etin Rd, Parsippany, NJ 07054 |
| 519041073 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 06 2021 20:36:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518981020 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 06 2021 20:49:22 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| | | | Dec 06 2021 20:35:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519017793 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian S Fairman | on behalf of Creditor Aldridge Pite LLP for Fay Servicing, LLC bkecfinbox@aldridgepite.com, BSF@ecf.courtdrive.com |
| David Jerome Witherspoon | on behalf of Debtor Carol Sutton daveslaw321@gmail.com prissycatina@yahoo.com |
| Deborah T. Feldstein | on behalf of Creditor US Bank C/F Actlien Holding Inc. dfeldstein@caplaw.net |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing's dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 06, 2021 | Form ID: plncf13 | Total Noticed: 30

Denise E. Carlon
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Francis J. Ballak
    on behalf of Creditor City of Plainfield francis@gmslaw.com

John R. Morton, Jr.
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10