| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(e)**<br><br>GOLDENBERG, MACKLER, SAYEGH, MINTZ,<br>PFEFFER, BONCHI & GILL<br>660 New Road, Suite 1-A<br>Northfield, NJ  08225<br>(609) 646-0222  FAX (609) 646-0887<br>Attorneys for City of Plainfield (62644-21(47)) | Order Filed on December 23, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**CAROL SUTTON**<br><br>Debtors | Case No.:    20-21380<br><br>Hearing Date:<br><br>Judge:    VINCENT F. PAPALIA |

**CONSENT ORDER RESOLVING THE CITY OF PLAINFIELD'S MOTION TO DISMISS THE BANKRUPTCY OR FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED:**

**DATED: December 23, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of the City of Plainfield against debtor Carol Sutton for dismissal of the bankruptcy or in alternative for relief from the automatic stay as to certain real estate identified herein, and for cause shown, and

It appearing that a Notice of Motion has heretofore been circulated to the Debtor, and

It further appearing that proper service has been completed upon the Debtor; and

For Good Cause appearing for the entry of the within Order it is hereby

ORDERED AND ADJUDGED as follows:

1. The Debtor shall cure any delinquency in full for post-petition property taxes, sewer and waste due on the property located at 1407-11 Chetwynd Ave., Plainfield no later than November 30, 2021.

2. The Debtor shall then remain current for all future post-petition taxes, sewer and waste charges for 1407-11 Chetwynd Ave., Plainfield as they become due, with the next quarter taxes becoming due on February 1, 2022;

3. If the Debtor fails to make the above payments or fails to remain current in post-petition taxes, waste or sewer charges for the property then the movant may obtain an order vacating the automatic stay as to the property for which the taxes or charges are due by filing with the Bankruptcy Court a Certification specifying the Debtor's failure to comply with the terms of this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Debtor via certified mail, return receipt requested and via regular mail, and the Chapter 13 Trustee, and the Debtor's attorney shall be served via ECF.

I/we hereby Consent to the form and entry of this Order:

___11/24/21___  
DATE

_____  
David Witherspoon, ESQUIRE  
Attorney for Debtor

___11/24/21___  
DATE

_____  
Francis Ballak, ESQUIRE  
Attorney for Creditor, Plainfield

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-21380-VFP
Carol Sutton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Dec 23, 2021  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

**Recip ID    Recipient Name and Address**
db    + Carol Sutton, 1407 Chetwynd, Plainfield, NJ 07060-3115

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2021  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:

**Name**    **Email Address**

Brian S Fairman
    on behalf of Creditor Aldridge Pite  LLP for Fay Servicing, LLC bkecfinbox@aldridgepite.com, BSF@ecf.courtdrive.com

David Jerome Witherspoon
    on behalf of Debtor Carol Sutton daveslaw321@gmail.com prissycatina@yahoo.com

Deborah T. Feldstein
    on behalf of Creditor US Bank C/F Actlien Holding Inc. dfeldstein@caplaw.net

Denise E. Carlon
    on behalf of Creditor Community Loan Servicing's dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Francis J. Ballak

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 23, 2021 | Form ID: pdf903 | Total Noticed: 1 |

    on behalf of Creditor City of Plainfield francis@gmslaw.com

John R. Morton, Jr.
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10