UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Wisniewski & Associates, LLC
17 Main Street
Sayreville, NJ 08872-1559
Telephone # 732-651-0040 Fax # 732-651-0060
William A. Aitken, Esq. (037591985 NJ)

Attorneys for Creditor: City of Plainfield

In Re:

CAROL SUTTON

Case No.: 20-21380

Chapter: 13

Judge: Vincent F. Papalia

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __William A. Aitken, Esq.__ will be substituted as attorney of record for __City of Plainfield__, __Creditor__ in this case.[1]

Date: July 25, 2022

Signature of Former Attorney
Francis J. Ballak, Esquire

Date: July 25, 2022

Signature of Substituted Attorney[2]
William A Aitken, Esquire

rev. 8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.