David Witherspoon, Esq.
Attorney At Law
502 Bay Blvd
Seaside Heights, NJ 08751
732-250-2581

## United States Bankruptcy Court

### District of New Jersey

In Re:  **Carol Sutton**              }        Case No. 20-21380
                                 }        Chapter 13
                                 }         Hearing Date: 10/6/22  10AM

## Debtor Certification

**I carol Sutton** certify under penalty of perjury as follows:

1. I paid $807.80 for the Water and Sewar on 9/29/22 which brings my account current.

2. I Paid $6,579 on 9/22/22 to the tax collector which brings property taxes current.

      /s/ Carol Sutton       10/4/22

      Carol Sutton