David Witherspoon, Esq.
Attorney At Law
502 Bay Blvd
Seaside Heights, NJ 08751
732-250-2581

United States Bankruptcy Court

District of New Jersey

In Re:        Carol Sutton
                                                }      Case No 20-21380

        Debtors                         }       Adv.:
                                                }       Chapter 13

_____

As attorney of record for the debtor I am familiar with the facts of this case

1. I spoke to the Tax Assessor Mr. David Marshall on 10/5/22 to confirm the payments of $6,579.

2. I spoke to Marie in the Water & Sewar to confirm the payment of $807.80 on 9/28/22. She confirmed that the account is current

   /s/ David Witherspoon

   *David Witherspoon------ October 5 2022*