

# WISNIEWSKI® & ASSOCIATES, LLC
## ATTORNEYS AT LAW

September 26, 2022

**VIA E-COURTS FILING ONLY**
Joseph D. Petrolino, Jr., Esq.
Attorney for Trustee
30 Two Bridges Road, Suite 230
Fairfield, New Jersey 07004

      RE:    **Chapter 13**
                **Case No. 20-21380-VFP**
                **In Re: Carol Sutton**
                **Our File No. 116.13837**

Dear Mr. Petrolino:

    In connection with the above referenced matter, this office represents the City of Plainfield.

    This shall confirm that movant is withdrawing its motion to dismiss before the court. By copy of this letter I am advising all parties via electronic filing.

    If you have any questions regarding the foregoing, please feel free to contact me.

                                        Very truly yours,

                                        William A. Aitken, Jr.

WAA/mff

17 Main Street, Sayreville, NJ 08872-1559
H:\Cases\116 - Plainfield, City of\116.13837 - City of Plainfield v. Sutton, Carol\Correspondence\10-06-22 Ltr JDPetrolinoJrEsq withdraw mtn.docx
Tel 732-651-0040    Fax 732-651-0060    www.wisniewskilaw.com