David Witherspoon, Esq.
Attorney At Law
502 Bay Blvd
Seaside Heights, NJ 08751
732-250-2581

## United States Bankruptcy Court

### District of New Jersey

In Re:  **Carol Sutton**                           }       Case No. 20-21380
                                                   }       Chapter 13
                                                   }         Hearing Date

# Debtor's Certification

**I Carol Sutton** hereby certify under penalty of perjury as follows:

1. After consulting with my attorney and going over the multiple options regarding the trustee's motion to dismiss.  I do not oppose the dismissal.

   <u>/s/ Carol Sutton</u>

   Carol Sutton     December 12, 2023