Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−21380−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol Sutton
   1407 Chetwynd
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−9950

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 21, 2023
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-21380-VFP
Carol Sutton                                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                User: admin                                                 Page 1 of 3
Date Rcvd: Dec 21, 2023             Form ID: 148                                                Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol Sutton, 1407 Chetwynd, Plainfield, NJ 07060-3115 |
| cr | + | Aldridge Pite, LLP for Fay Servicing, LLC, 4375 Jutland Drive, Suite 200, PO BOX 17933, San Diego, CA 92177-7921 |
| cr | + | City of Plainfield, c/o Peggy Page-Brown, Office of Corp Cou, 515 Watchung Avenue, Plainfield, NJ 07060-1798 |
| cr | + | US Bank C/F Actlien Holding Inc., c/o Pellegrino & Feldstein, LLC, 290 Route 46 W, Denville, NJ 07834-1239 |
| 518981006 | + | Aa Action Collection C, 517 S Livingston Ave, Livingston, NJ 07039-4349 |
| 519867562 | | Act Property LLC, PO Box 237174, New York, NY 10023-0032 |
| 519867563 | | Act Property LLC, PO Box 237174, New York, NY 10023-0032, Act Property LLC, PO Box 237174 New York, NY 10023-0032 |
| 518981008 | | Atlantic Medical Group, PO box 419101, Boston, MA 02241-9101 |
| 518999814 | + | City of Trenton Tax Collector, P.O. Box 210, Trenton, NJ 08602-0210 |
| 518981015 | + | Saint Barnabas Medical, 94 Old Short Hills Rd, Livingston, NJ 07039-5668 |
| 518981017 | + | Tax Collector, City of Plainfield, City Hall, 515 Watchung Ave, Plainfield, NJ 07060-1720 |
| 518981018 | + | Tax Collector- City of Trenton, City Hall, 319 E State St, Trenton, NJ 08608-1865 |
| 519023811 | | US Bank C/F Actlien Holding Inc., PO Box 237174, New York, NY 10023-0032 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 21 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 21 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Dec 22 2023 01:35:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO BOX 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: PHINAMERI.COM | Dec 22 2023 01:35:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518993738 | | EDI: PHINAMERI.COM | Dec 22 2023 01:35:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518981007 | + | EDI: PHINAMERI.COM | Dec 22 2023 01:35:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518981009 | + | EDI: LCIBAYLN | Dec 22 2023 01:35:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519038792 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 21 2023 20:45:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |

Case 20-21380-VFP    Doc 96    Filed 12/23/23    Entered 12/24/23 00:14:16    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: 148 | Total Noticed: 31 |

| 518981010 | | EDI: IRS.COM | Dec 22 2023 01:35:00 | Internal Revenue Serivce, PO Box 724, Springfield, NJ 07081-0724 |
|---|---|---|---|---|
| 518998172 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 21 2023 20:48:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518981011 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 21 2023 20:47:09 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518981012 | + | Email/Text: bnc@nordstrom.com | Dec 21 2023 20:45:25 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519042854 | + | EDI: JEFFERSONCAP.COM | Dec 22 2023 01:35:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518981013 | + | Email/Text: bankruptcy@onlineis.com | Dec 21 2023 20:46:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 518981014 | | Email/Text: signed.order@pfwattorneys.com | Dec 21 2023 20:44:00 | Pressler & Pressler, attn: Ian Winograd, 7 Etin Rd, Parsippany, NJ 07054 |
| 518981016 | + | Email/Text: bankruptcy@savit.com | Dec 21 2023 20:46:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519041073 | + | EDI: AIS.COM | Dec 22 2023 01:35:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518981020 | + | EDI: VERIZONCOMB.COM | Dec 22 2023 01:35:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519017793 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518981019 | ## | University Physician Assoc, PO Box 18181, Newark, NJ 07191-8181 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian S Fairman | |

| | |
|---|---|
| | on behalf of Creditor Aldridge Pite LLP for Fay Servicing, LLC bkecfinbox@aldridgepite.com, BSF@ecf.courtdrive.com |
| David Jerome Witherspoon | on behalf of Debtor Carol Sutton daveslaw321@gmail.com prissycatina@yahoo.com |
| Deborah T. Feldstein | on behalf of Creditor US Bank C/F Actlien Holding Inc. dfeldstein@caplaw.net |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing's dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William A. Aitken, Jr | on behalf of Creditor City of Plainfield waitken@wisniewskilaw.com |

TOTAL: 10